**The Cardoza Law Corporation**
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN: 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St., #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorneys for Plaintiff,*
David Mitre

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MITRE,<br><br>  Plaintiff,<br><br> v.<br><br>GRANT & WEBER,<br><br>  Defendant. | CASE NO.:  1:22-cv-01019-JLT-SKO<br><br>**STIPULATION AND JOINT REQUEST TO AMEND SHEDULING ORDER; DECLARATION OF LAUREN B. VEGGIAN IN SUPPORT; DECLARATION OF BRIAN WHITTEMORE IN SUPPORT**<br><br>**(Doc. 14)** |

1

STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

Plaintiff David Mitre ("Plaintiff"), and Defendant Grant & Weber ("Defendant"), through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on March 23, 2022, the Court issued a Case Management Order (Dkt. 17) containing the following deadlines:

| Trial | November 5, 2024 |
|---|---|
| Pretrial Conference | September 9, 2024 |
| Discovery Deadline – Nonexpert | April 2, 2024 |
| Discovery Deadline – Expert | April 23, 2024 |
| Initial Expert Disclosure | March 4, 2024 |
| Rebuttal Expert Disclosure | March 18, 2024 |
| Discovery Motion Filing Deadline | May 8, 2024 |
| Discovery Motion Hearing Deadline | June 12, 2024 |
| Dispositive Motion Filing Deadline | May 23, 2024 |
| Dispositive Motion Hearing Deadline | June 27, 2024 |

2. WHEREAS, the Parties have been attempting to settle this case, and recently came to a standstill that necessitated the service of discovery.

3. WHEREAS, the primary attorney handling the case for Plaintiff, Angely Gaviola, left Plaintiff's counsel's firm in October 2023, and responsibility was transferred to the secondary attorney, Lauren B. Veggian, at that time. Ms. Veggian had to acquaint herself with the case after replacing Ms. Gaviola as primary on this case.

4. WHEREAS, Defendant served written discovery on Plaintiff on February 26, 2024. Plaintiff's responses are due March 27, 2024.

5. WHEREAS, Plaintiff served written discovery on Defendant on March 1, 2024. Defendant's responses are due April 1, 2024.

6. WHEREAS, on February 26, 2024, Defendant requested dates for Plaintiff's deposition, and Plaintiff's counsel is working on getting dates, however, Plaintiff's counsel has been

1

STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

1  unable to get in contact with Plaintiff as of the date of this stipulation.

2      7.    WHEREAS, on March 1, 2024, Plaintiff requested dates for Defendant's 30(b)(6)
3  deposition and has not heard back from Defendant as to any available dates.

4      8.    WHEREAS, Plaintiff needs responses to written discovery prior to scheduling a
5  deposition of Defendant's Person Most Knowledgeable, and to be able to determine if there are any
6  specific employees whose depositions should be noticed.

7      9.    WHEREAS, the parties are working amicably with each other to schedule dates to
8  take depositions once Defendant responds to Plaintiff's written discovery, however, due to the
9  unavailability of witnesses and counsel as a result of the issues in contact as well as the deadlines
10 for discovery responses as presently served, the parties are unable to schedule depositions before
11 the current discovery cutoff on April 2, 2024;

12     10.    WHERAS, the parties agree that continuing the current case deadlines will promote
13 judicial efficiency;

14     11.    WHEREAS, this request is not made for any improper purpose or delay;

15     12.    WHEREAS, the parties agree that the requested continuance will not cause any
16 prejudice to them, but they will be prejudiced if the case schedule is not continued;

17     13.    WHEREAS, no experts were disclosed by either party in this action, so those dates
18 and deadlines do not need to be moved;

19     14.    WHEREAS, the parties' counsel provide their declarations alongside this stipulation
20 as to the facts contained herein.

21     15.    WHEREAS, there is good cause to continue the case dates and deadlines as set forth
22 below due to the change in primary counsel for Plaintiff as well as Plaintiff's counsel's difficulty in
23 contacting the Plaintiff to obtain dates for deposition prior to the present discovery cut off. The
24 parties also need additional time to schedule Defendant's Rule 30(b)(6) deposition, as no available
25 dates have been provided therefor.

26     16.    NOW THEREFORE, the parties, through their respective counsel of record, stipulate
27 and agree to a continuance of the case deadlines as set forth below, or to some other future date as
28 ordered by the Court.  A [Proposed] Order regarding this request is submitted concurrently herewith

for the Court's consideration.

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Trial** | **November 5, 2024** | **January 21, 2025** |
| **Pretrial Conference** | **September 9, 2024** | **November 18, 2024** |
| **Discovery Deadline – Nonexpert** | **April 2, 2024** | **June 4, 2024** |
| **Discovery Deadline – Expert** | **April 23, 2024** | **No change** |
| Initial Expert Disclosure | March 4, 2024 | No change |
| Rebuttal Expert Disclosure | March 18, 2024 | No change |
| **Discovery Motion Filing Deadline** | **May 8, 2024** | **July 12, 2024** |
| **Discovery Motion Hearing Deadline** | **June 12, 2024** | **August 16, 2024** |
| **Dispositive Motion Filing Deadline** | **May 23, 2024** | **July 31, 2024** |
| **Dispositive Motion Hearing Deadline** | **June 27, 2024** | **September 4, 2024** |

IT IS SO STIPULATED.

Dated: March 14, 2024                    **THE CARDOZA LAW CORPORATION**

                                         By:   */s/ Lauren B. Veggian*
                                                Michael F. Cardoza, Esq.
                                                Lauren B. Veggian, Esq.
                                                Attorneys For Plaintiff
                                                David Mitre

| | | |
|---|---|---|
| 1 | Dated: March 14, 2024 | **HINSHAW & CULBERTSON LLP** |
| 2 | | |
| 3 | | By:   */s/ Brian Whittemore*<br>      Brian Whittemore |
| 4 | |       Attorneys for Defendant<br>      Grant & Weber |

(Lines 5–28 blank)

STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES

# ORDER

The Court, having considered the Joint Stipulation to Amend Scheduling Order (Doc. 14), finds good cause and ORDERS THAT the scheduling order (Doc. 12) is amended as follows:

|  | **Current Date** | **Date** |
|---|---|---|
| **Trial** | November 5, 2024 | January 21, 2025 |
| **Pretrial Conference** | September 9, 2024 | November 18, 2024 |
| **Discovery Deadline – Nonexpert** | April 2, 2024 | June 4, 2024 |
| **Discovery Deadline – Expert** | April 23, 2024 | No change |
| Initial Expert Disclosure | March 4, 2024 | No change |
| Rebuttal Expert Disclosure | March 18, 2024 | No change |
| **Non-Dispositive Motion Filing Deadline** | May 8, 2024 | July 12, 2024 |
| **Non-Dispositive Motion Hearing Deadline** | June 12, 2024 | August 16, 2024 |
| **Dispositive Motion Filing Deadline** | May 23, 2024 | July 31, 2024 |
| **Dispositive Motion Hearing Deadline** | June 27, 2024 | September 4, 2024 |

IT IS SO ORDERED.

Dated: **March 14, 2024**         /s/ *Sheila K. Oberto*
                             UNITED STATES MAGISTRATE JUDGE