UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MITRE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GRANT & WEBER,<br><br>　　　　Defendant. | CASE NO.: 1:22-cv-01019-JLT-SKO<br><br>STIPULATION AND JOINT REQUEST FOR CONTINUANCE OF CASE DEADLINES; ORDER<br><br>(Doc. 16) |

Plaintiff David Mitre ("Plaintiff"), and Defendant Grant & Weber ("Defendant"), through their respective counsel, hereby stipulate as follows:

1. WHEREAS, on March 14, 2024, the Court signed the parties Stipulation to Continue Dates and Deadlines (Dkt. 15) containing the following deadlines:

| | |
|---|---|
| Trial | January 21, 2025 |
| Pretrial Conference | November 18, 2024 |
| Discovery Deadline – Nonexpert | June 4, 2024 |
| Discovery Deadline – Expert | No Change |
| Initial Expert Disclosure | No Change |

**ORDER OF**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PAGE 1 OF 1**

| Rebuttal Expert Disclosure | No Change |
|---|---|
| Discovery Motion Filing Deadline | July 12, 2024 |
| Discovery Motion Hearing Deadline | August 16, 2024 |
| Dispositive motion Filing Deadline | July 31, 2024 |
| Dispositive Motion Hearing Deadline | September 4, 2024 |

2. WHEREAS, Plaintiff has been indisposed and complete unreachable through the end of May 2024, and Plaintiff's counsel does not presently know whether or not Plaintiff's contact information is the same as it was previously, now that Plaintiff is, theoretically, reachable again.

3. WHEREAS, Plaintiff's counsel is doing everything in her power to reach the Plaintiff, including attempting to contact family members to obtain Plaintiff's correct contact information.

4. WHEREAS, the Parties have been attempting to settle this case, and recently came to a standstill that necessitated the service of discovery.

5. WHEREAS, the primary attorney handling the case for Plaintiff, Angely Gaviola, left Plaintiff's counsel's firm in October 2023, and responsibility was transferred to the secondary attorney, Lauren B. Veggian, at that time. Ms. Veggian had to acquaint herself with the case after replacing Ms. Gaviola as primary on this case.

6. WHEREAS, Defendant served written discovery on Plaintiff on February 26, 2024. The parties have stipulated to a mutual extension to May 31, 2024.

7. WHEREAS, Plaintiff served written discovery on Defendant on March 1, 2024. The parties have stipulated to a mutual extension to May 31, 2024.

8. WHEREAS, on February 26, 2024, Defendant requested dates for Plaintiff's deposition, and Plaintiff's counsel is working on getting dates, however, Plaintiff's counsel has been unable to get in contact with Plaintiff as of the date of this stipulation.

9. WHEREAS, on March 1, 2024, Plaintiff requested dates for Defendant's 30(b)(6) deposition and has not heard back from Defendant as to any available dates.

10. WHEREAS, Plaintiff needs responses to written discovery prior to scheduling a deposition of Defendant's Person Most Knowledgeable, and to be able to determine if there are any specific employees whose depositions should be noticed.

11. WHEREAS, the parties are working amicably with each other to schedule dates to take depositions once Defendant responds to Plaintiff's written discovery, however, due to the unavailability and unreachability of witnesses and counsel as a result of the issues in contact as well as the deadlines for discovery responses as presently served, the parties are unable to schedule depositions before the current discovery cutoff on June 4, 2024;

12. WHERAS, the parties agree that continuing the current case deadlines will promote judicial efficiency;

13. WHEREAS, this request is not made for any improper purpose or delay;

14. WHEREAS, the parties agree that the requested continuance will not cause any prejudice to them, but they will be prejudiced if the case schedule is no continued;

15. WHEREAS, no experts were disclosed by either party in this action, so those dates and deadlines do not need to be moved;

16. WHEREAS, the parties' counsel provide their declarations alongside this stipulation as to the facts contained herein.

17. WHEREAS, there is good cause to continue the case dates and deadlines as set forth below due to the change in primary counsel for Plaintiff as well as Plaintiff's counsel's difficulty in contacting the Plaintiff to obtain dates for deposition prior to the present discovery cut off. The parties also need additional time to schedule Defendant's Rule 30(b)(6) deposition, as no available dates have been provided therefor.

18. NOW THEREFORE, the parties, through their respective counsel of record, stipulate and agree to a continuance of the case deadlines as set forth below, or to some other future date as ordered by the Court. A [Proposed] Order regarding this request is submitted concurrently herewith for the Court's consideration.

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| **Trial** | **January 21, 2025** | **June 24, 2025** |

| | | |
|---|---|---|
| **Pretrial Conference** | November 18, 2024 | May 19, 2025 |
| **Discovery Deadline – Nonexpert** | June 4, 2024 | December 6, 2024 |
| **Discovery Deadline – Expert** | No change | No change |
|   Initial Expert Disclosure | No change | No change |
|   Rebuttal Expert Disclosure | No change | No change |
| **Discovery Motion Filing Deadline** | July 12, 2024 | January 17, 2025 |
| **Discovery Motion Hearing Deadline** | August 16, 2024 | February 21, 2025 |
| **Dispositive Motion Filing Deadline** | July 31, 2024 | January 31, 2025 |
| **Dispositive Motion Hearing Deadline** | September 4, 2024 | April 4, 2025 |

## ORDER

The Court hereby GRANTS the stipulation of the parties (Doc. 16) to continue the dates and deadlines for this case. Some deadlines have been amended in accordance with the Court's scheduling practices. The deadlines are extended as follows:

| | **Current Date** | **Proposed Date** |
|---|---|---|
| **Discovery Deadline – Nonexpert** | June 4, 2024 | December 6, 2024 |
| **Discovery Deadline – Expert** | No change | No change |
|   Initial Expert Disclosure | No change | No change |
|   Rebuttal Expert Disclosure | No change | No change |
| **Non-Dispositive Motion Filing Deadline** | July 12, 2024 | January 17, 2025 |

| Non-Dispositive Motion Hearing Deadline | August 16, 2024 | February 26, 2025 |
|---|---|---|
| Dispositive Motion Filing Deadline | July 31, 2024 | January 31, 2025 |
| Dispositive Motion Hearing Deadline | September 4, 2024 | March 7, 2025 |
| Pretrial Conference | November 18, 2024 | May 5, 2025 |
| Trial | January 21, 2025 | July 1, 2025 |

IT IS SO ORDERED.

Dated:   **May 31, 2024**                              /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE