**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **DAVID MITRE,**<br><br>　　　　**Plaintiff,**<br><br>　　　v.<br><br>**GRANT & WEBER,**<br><br>　　　　**Defendant.** | Case No.: 1:22-cv-01019-JLT-SKO<br><br>**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**<br><br>**(Doc. 18)** |

　　　On November 7, 2024, the appearing parties filed a "Stipulation of Dismissal Pursuant to FRCP 41(A)(1)(A)(II)." (Doc. 18.) In light of the parties' stipulation, this action has been terminated, see Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**November 8, 2024**　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE